UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
NOV 1 6 2012   mp
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED
12/14/2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ANTHONY L. JOHNSON
_____
_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

12CV9225
JUDGE KENNELLY
MAGISTRATE KIM

vs.

Case No.: _____
(To be supplied by the Clerk of this Court)

Officer PEREZ, #10546
Officer L.R ORTONEDA, #16168
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 (a) U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1

D. DEFENDENT: EUGENE SCHLEDER #20371

PLACE OF EMPLOYMENT: 51st AND WENTWORTH

TITLE: DETECTIVE

I. Plaintiff(s):

  A. Name: Anthony L. Johnson

  B. List all aliases: NONE

  C. Prisoner identification number: 20120513191

  D. Place of present confinement: Cook County Jail

  E. Address: P.O. Box 089002 Chicago, IL 60608

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Officer Perez, #10546
     Title: Police Officer
     Place of Employment: 51st and Wentworth

  B. Defendant: L.R. Ortoneda #16168
     Title: Police Officer
     Place of Employment: 51st & Wentworth

  C. Defendant: Garoa, Roberto #2055
     Title: Detective
     Place of Employment: 51st & Wentworth

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state of federal Court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: NONE

B. Approximate date of filing lawsuit: NONE

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE NONE NONE

D. List all defendants: NONE NONE NONE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE NONE

F. Name of judge to whom case was assigned: NONE NONE NONE

G. Basic claim made: NONE NONE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE NONE

I. Approximate date of disposition: NONE

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.     Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In or about on May 10th, 2012, at 4:00 P.M. or 4:30 P.M. At 54 & Horn. Their was a murder that happen around the above location. I was question by the above officers, in regards to this murder. These officers decided to put this awful crime of murder, on me. I asked officer Perez #10546 & officers Ortoneda, #16168. Why was I being charge with a murder, their responce, "You'er just another ~~me me~~ Nigger, we are taking off the street." Officer Perez #10546 went on to say, "We both know that you did'nt committ this crime." "Theres no court system thats really concern about niggers." This is now racial profiling. My incarceration is now Bogus. I've been wrongfully incarcerate. I'm soon to be 27 years of age, these racial officer really need to be off

The Police force, for 2 two days while at the Police station, I could not use the Rest Room, I could not smoke, I was not given Anything to Eat. Detective Roberto Garcia, #2055 And Detective Eugene Soheder, #20371, were both in agreement with these false charges. This hold situation, could have very easyly been place under arrest had these other Detective's done the Right Thing.....

I, Perry Ward, #20111140511, is a Jail-House-Lawyer who has written this 1983 Law suit up in behalf of Anthony L. Johnson.

7

VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'M SEEKiNg fiVE HuNdREd ThouSANd DoIIARS, ANd ANy ThiNgs EISE the JudgE DEEMS Just ANd AppRopRiAtE

CERTIFICATION

By signing this Complaint, I certify that the facts in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10 day of 30, 20 12

_Anthny L. Johnson_
(Signature of plaintiff or plaintiffs)

Anthony L. Johnson
(Print name)

2012 05 13 1 91
(I.D. Number)

P.O. Box 089002
Chicago, IL
60608
(Address)

8